UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
CASE NO. 09-10100-CIV-KING

ROBERT SHEPARD,

    Plaintiff,

v.

TRINITY FOOD, et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the court upon Judge Patrick A. White's Report and Recommendation (DE # 4) recommending dismissal, I filed November 2, 2009.

In the R&R, Judge White finds that Plaintiff is a multiple filer, having filed at least three cases which were dismissed for failure to state a claim for relief. Pursuant to 28 U.S.C. § 1915, no prisoner may bring a civil action *in forma pauperis* if the prisoner has, on three or more occasions, brought an action in a United States court that was dismissed for failure to state a claim upon which relief may be granted. Judge White, therefore, recommends the case be dismissed. This Court concludes that the R&R contains thorough and well reasoned recommendations.

Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    Magistrate Judge Patrick A. White's November 2, 2009 Report and

Recommendation (**DE # 4**) be, and the same, is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. The above-styled case be, and the same, is hereby **DISMISSED**.

2. All pending motions are hereby **DENIED** as moot.

3. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of November, 2009.

```
                    _____
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

cc:   The Honorable Patrick A. White

**Robert M. Shepard**, *pro se*
7016725
Monroe County Main Detention Facility
5501 College Road
Key West, FL 33040

2